# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA
## BATON ROUGE DIVISION

| | |
|---|---|
| In Re: | Case No. 17-11122 |
| Dean Olan Johnson<br>Cynthia Anne Johnson | Chapter 13 |
| Debtors. | Judge Douglas D. Dodd |

## CERTIFICATE OF SERVICE

I certify that on December 30, 2019, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Gregg Gouner, Debtors' Counsel
    greggouner@bellsouth.net

    Sonya D. Ryland, Debtors' Counsel
    millicanryland@yahoo.com

    Annette C. Crawford, Chapter 13 Trustee
    crawfordtrustee@annettecrawford.com

    Office of the United States Trustee
    ustp.region05@usdoj.gov

I further certify that on December 30, 2019, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Dean Olan Johnson, Debtor
    Cynthia Ann Johnson, Debtor
    14433 Hubbs Road
    Pride, LA 70770

Dated: December 30, 2019

/s/ D. Anthony Sottile
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com